IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| N. J. U., | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 5:22-cv-48-MTT-CHW |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | Social Security Appeal |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

The Commissioner filed an answer in this social security appeal on March 30, 2022. (Doc. 11). Local Rule 9.2 requires a social security claimant to file a supporting brief within 30 days after service of the Commissioner's answer. The 30-day period has expired, but to date, Plaintiff has filed no supporting brief.

Accordingly, Plaintiff is hereby **ORDERED** to file a brief in support of her request for judicial review of the Commissioner's decision within **14 days** of the date of this Order. Plaintiff is advised that her failure to respond may result in the dismissal of this case pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 28th day of July, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1